# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 84 WAL 2016

                Respondent

                           :    Petition for Allowance of Appeal from
                           :    the Order of the Superior Court

        v.

ANDY BUXTON,

                Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.